```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
JAVIER LOPEZ-ESTRADA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 10-0212 LJO |
| vs. | |
| | STIPULATION AND |
| JAVIER LOPEZ-ESTRADA | ORDER TO CONTINUE |
| Defendant. | |

Defendant JAVIER LOPEZ-ESTRADA by and through his attorney James R. Homola, and the United States of America, by and through its attorney, KAREN ESCOBAR, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the sentencing hearing scheduled for June 3, 2011 be continued to June 24, 2011 at 8:30 am.  The continuance is requested to permit counseling the defendant concerning sentencing objections and related matters.  Since defendant is currently housed at Lerdo, the alternative would entail significant travel

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

expenses for counsel and an interpreter.

DATED: May 31, 2011

    /s/ James R. Homola            /S/ Karen A. Escobar
    JAMES R. HOMOLA                KAREN A. ESCOBAR
    Attorney for Defendant       Assistant U.S. Attorney
    JAVIER LOPEZ-ESTRADA

**ORDER**

The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

Good cause exists as stated.

IT IS SO ORDERED.

**Dated:   May 31, 2011**                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111