HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAVIER LOPEZ-ESTRADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER LOPEZ-ESTRADA,<br><br>Defendant | No. 1:10-cr-00212 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, JAVIER LOPEZ-ESTRADA, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 28, 2011, this Court sentenced Mr. Lopez-Estrada to a total term of 147 months imprisonment;

3. His total offense level was 37, his criminal history category was I, and the resulting guideline range was 210 to 262 months. He received a reduction from the low-end of the range on the government's motion;

4. The sentencing range applicable to Mr. Lopez-Estrada was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Lopez-Estrada's total offense level has been reduced from 37 to 35, and his amended guideline range is 168 to 210 months. A reduction comparable to the one he received originally produces a term of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lopez-Estrada's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  June 2, 2016                              Dated:   June 2, 2016

PHILLIP A. TALBERT                                HEATHER E. WILLIAMS
Acting United States Attorney                     Federal Defender


 /s/  Kathleen A. Servatius                        /s/ Hannah R. Labaree
KATHLEEN A. SERVATIUS                             HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                            Attorney for Defendant
UNITED STATES OF AMERICA                          JAVIER LOPEZ-ESTRADA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lopez-Estrada is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 168 to 210 months.  A reduction comparable to the one he received originally produces a term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2011 is reduced to a total term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, and shall serve certified copies on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lopez-Estrada shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **June 3, 2016**                         **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES CHIEF DISTRICT JUDGE